IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-313-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GLENN NICKERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's motion to reduce his sentence [D.E. 36]. Cf.

[D.E. 32]; 18 U.S.C. § 3582.

SO ORDERED. This 23 day of February, 2026.

JAMES C. DEVER III
United States District Judge